DEAN B. HERMAN (SBN 076752)
CATHERINE L. RIVARD (SBN 126237)
V. RENE DALEY (SBN 199914)
MENDES & MOUNT, LLP
445 S. Figueroa Street, 38th Floor
Los Angeles, California 90071
Tel: (213) 955-7700
Fax: (213) 955-7725
E-mail:      Dean.Herman@Mendes.com
             Catherine.Rivard@Mendes.com
             Rene.Daley@Mendes.com

Attorneys for Plaintiff and Counterdefendant
HARTFORD CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAN DAIRY AND FOOD CONSULTING LABORATORIES, INC., and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 1:09-cv-00914-OWW-DLB<br><br>**ORDER MODIFYING THE JANUARY 19, 2010 SCHEDULING ORDER TO CONTINUE ALL DATES IDENTIFIED THEREIN BY FOUR WEEKS** |

The Court has considered all papers filed in connection with plaintiff Hartford Casualty Insurance Company's motion for an order advancing the hearing on Hartford's motion to disqualify Plaintiff American Dairy and Food Consulting Laboratory, Inc.'s counsel, or alternatively to continue by four weeks all of the dates set forth in the Court's Scheduling Order of January 19, 2010 (the "Prior Scheduling Order"). Plaintiff Hartford Casualty Insurance Company's motion is appropriate for resolution without oral

---

ORDER MODIFYING THE JANUARY 19, 2010 SCHEDULING ORDER**Error! Unknown document property name.**

1  argument. *See* Fed. R. Civ. P. 78; Local Rule 78-230(h).

2       Having considered all the evidence and legal authorities set forth in the papers
3  submitted, the Court denies the motion to advance and grants the alternative motion to
4  continue the dates in the Prior Scheduling Order.

5       IT IS ORDERED that each of the dates identified in the Prior Scheduling Order be
6  continued as follows:

| **Event Description** | **Superseded Date** | **Operative Date** |
|---|---|---|
| Expert Witness Disclosure | October 8, 2010 | November 5, 2010 |
| Rebuttal/Supplemental Expert Witness Disclosure | November 8, 2010 | December 6, 2010 |
| Discovery Completion Date | November 15, 2010 | December 13, 2010 |
| Settlement Conference Date | November 17, 2010 | December 15, 2010 |
| Filing Deadline for Non-Dispositive Motions | November 30, 2010 | December 28, 2010 |
| Filing Deadline for Dispositive Motions | December 30, 2010 | January 27, 2011 |
| Hearing Date for Non-Dispositive Motions | January 7, 2011 | February 4, 2011 |
| Hearing Date for Dispositive Motions | February 7, 2011 | March 7, 2011 |
| Pretrial Conference Date | March 21, 2011 | April 18, 2011 |
| Trial Date | May 3, 2011 | May 31, 2011 |

27  IT IS SO ORDERED.

ORDER MODIFYING THE JANUARY 19, 2010 SCHEDULING ORDER**Error! Unknown document property name.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated:   **April 20, 2010**                      **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE

ORDER MODIFYING THE JANUARY 19, 2010 SCHEDULING ORDER **Error! Unknown document property name.**