# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN DAIRY AND FOOD CONSULTING LABORATORIES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. 1:09-cv-00914-OWW-SKO<br><br>**ORDER MODIFYING THE NOVEMBER 8, 2010 SCHEDULING ORDER** |

The Court has considered the Parties Stipulation Re: Continuing and/or Setting Expert Disclosure Date, Rebuttal/Supplemental Expert Disclosure Date, Expert Discovery Completion Date, Settlement Conference Date, Filing Deadline for Non-Dispositive Motions and Hearing Date for Non-Dispositive Motions:

Having considered the stipulation and good cause appearing:

IT IS ORDERED that the following dates in the Prior Scheduling Order be continued or set as follows:

| **Event Description** | **Previous Date** | **New Date** |
|---|---|---|
| • Expert Witness Disclosure | May 5, 2011 | June 2, 2011 |
| • Rebuttal/Supplemental Expert Witness Disclosure | June 6, 2011 | June 30, 2011 |
| • Discovery Completion Date | June 13, 2011 | Same |
| • Expert Discovery Completion Date | None | July 14, 2011 |

| | | |
|---|---|---|
| • Settlement Conference Date | June 15, 2011 | July 21, 2011 |
| • Filing Deadline for Non-Dispositive Motions | June 28, 2011 | July 19, 2011 |
| • Filing Deadline for Dispositive Motions | July 28, 2011 | Same |
| • Hearing Date for Non-Dispositive Motions | August 5, 2011 | August 26, 2011 |
| • Hearing Date for Dispositive Motions | September 12, 2011 | Same |
| • Pretrial Conference Date | October 17, 2011 | Same |
| • Trial Date | December 6, 2011 | Same |

IT IS SO ORDERED.

Dated:   **May 2, 2011**              **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE

ORDER MODIFYING THE NOVEMBER 8, 2010 SCHEDULING ORDER