# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>     vs.<br><br>AMERICAN DAIRY AND FOOD CONSULTING LABORATORIES, INC., and DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No. 1:09-cv-00914-OWW-SKO<br><br>**ORDER MODIFYING THE MAY 2, 2011 SCHEDULING ORDER** |
| AND RELATED COUNTERCLAIM. | |

The Court has considered the Parties Stipulation Re: Continuing Discovery Completion Date, Expert Disclosure Date, Rebuttal/Supplemental Expert Disclosure Date, Expert Discovery Completion Date, Settlement Conference Date and Filing Deadline for Non-Dispositive Motions:

Having considered the stipulation and good cause appearing:

IT IS ORDERED that the following dates in the Prior Scheduling Order be continued as follows:

| Event Description | Previous Date | New Date |
|---|---|---|
| Discovery Completion Date | June 13, 2011 | July 28, 2011 |
| Expert Witness Disclosure | June 2, 2011 | August 1, 2011 |
| Rebuttal/Supplemental Expert Witness Disclosure | June 30, 2011 | August 22, 2011 |
| Expert Discovery Completion Date | July 14, 2011 | September 12, 2011 |
| Settlement Conference Date | July 20, 2011 | August 16, 2011 |
| Filing Deadline for Non-Dispositive Motions | July 19, 2011 | August 1, 2011 |
| Filing Deadline for Dispositive Motions | July 28, 2011 | Same |
| Hearing Date for Non-Dispositive Motions | August 26, 2011 | Same |
| Hearing Date for Dispositive Motions | September 12, 2011 | Same |
| Pretrial Conference Date | October 17, 2011 | Same |
| Trial Date | December 6, 2011 | Same |

IT IS SO ORDERED.

Dated:   **June 2, 2011**                      **/s/ Oliver W. Wanger**
                                                                UNITED STATES DISTRICT JUDGE

ORDER MODIFYING THE MAY 2, 2011 SCHEDULING ORDER