# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN DAIRY AND FOOD CONSULTING LABORATORIES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:09-cv-00914-OWW-SKO<br><br>**ORDER MODIFYING THE June 2, 2011 SCHEDULING ORDER** |
| AND RELATED COUNTERCLAIM. | |

The Court has considered the Parties Stipulation Re: Modifying the June 2, 2011 Scheduling Order:

Having considered the stipulation and good cause appearing:

IT IS ORDERED that the following dates in the Prior Scheduling Order be continued as follows:

ORDER MODIFYING THE JUNE 2, 2011 SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com

| Event Description | Previous Date | New Date |
|---|---|---|
| • Non- Expert Discovery Completion Date | July 28, 2011 | October 20, 2011 |
| • Expert Witness Disclosure | August 1, 2011 | October 24, 2011 |
| • Filing Deadline for Non-Dispositive Motions | August 1, 2011 | October 24, 2011 |
| • Filing Deadline for Dispositive Motions | July 28, 2011 | November 3, 2011 |
| • Rebuttal/Supplemental Expert Witness Disclosure | August 22, 2011 | November 14, 2011 |
| • Hearing Date for Non-Dispositive Motions | August 26, 2011 | November 18, 2011 |
| • Expert Discovery Completion Date | September 12, 2011 | December 5, 2011 |
| • Settlement Conference Date | August 30, 2011 | December 13, 2011 |
| • Hearing Date for Dispositive Motions | September 12, 2011 | January 9, 2011 |
| • Pretrial Conference Date | October 17, 2011 | January 23, 2012 |
| • Trial Date | December 6, 2011 | March 6, 2012 |

Date: July 11, 2011_____
_____

By:   /s/ OLIVER W, WANGER
           Hon. Oliver W. Wanger
           United States District Judge

ORDER MODIFYING THE JUNE 2, 2011 SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com