# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAN DAIRY AND FOOD CONSULTING LABORATORIES INC.,<br><br>　　　　Defendant.　　　　　　　／<br><br>AND RELATER COUNTERACTION.<br>　　　　　　　　　　　　　　　　／ | CASE NO. CV F 09-0914 LJO SKO<br><br>**ORDER ON BRIEFING PAGE LIMITS**<br>(Doc. 122.) |

　　　　Plaintiff and counterdefendant Hartford Casualty Insurance Company ("Hartford") seeks leave to exceed this Court's briefing limits. This Court treats briefs in excess of page limits as a necessity, not a luxury to be taken lightly. This Court reluctantly PERMITS Hartford to file an opening summary judgment brief not to exceed 35 pages on the condition that such brief is **well-organized, clear and succinct and avoids unnecessary duplication** and otherwise complies with this Court's Local Rules. All other briefing shall conform to the Standing Order page limitations of this Court, unless this Court orders otherwise.

　　　　In addition, this Court ORDERS the parties to provide courtesy copies of their papers to

chambers.

  Due to bearing the heaviest caseload in the nation with the recent retirement of former U.S. District Judge Oliver Wanger, limited resources, and the need to prioritize criminal and older civil matters over more recently filed actions, this Court ADMONISHES the parties that it is unable to commit to address this action to meet the parties' needs and expectations.  As such, this Court urges the parties to consider the conduct of all further proceedings by a U.S. Magistrate Judge, whose caseload and availability is more accommodating to the parties.  Forms to consent to a U.S. Magistrate Judge are available on this Court's website.

  IT IS SO ORDERED.

**Dated:**  **February 8, 2012**       /s/ Lawrence J. O'Neill
                   UNITED STATES DISTRICT JUDGE