IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, | CASE NO. CV F 09-0914 LJO SKO |
| Plaintiff, | **ORDER TO SET DATES** |
| vs. | |
| AMERICAN DAIRY FOOD CONSULTING LABORATORIES, INC. | |
| Defendant. / | |

AND RELATED COUNTER ACTION.
_____/

To accommodate the parties and on the basis of good cause, this Court:

1. VACATES the March 29, 2012 hearing on plaintiff's summary judgment motion;

2. ORDERS defendant, no later than April 16, 2012, to file and serve summary judgment opposition papers;

3. ORDERS plaintiff, no later than April 30, 2012, to file and serve summary judgment

1

1        reply papers;[1]
2    4.  SETS a further settlement conference before U.S. Magistrate Judge Dennis L. Beck on April 25, 2012 at 10 a.m. in Department 9 (DLB) and ORDERS the parties, no later than April 18, 2012, to submit supplemental confidential settlement conference statements;
5    5.  RESETS the pretrial conference to June 6, 2012 at 8:30 a.m. in Department 4 (LJO); and
6    6.  RESETS trial to July 18, 2012 at 8:30 a.m. in Department 4 (LJO).

IT IS SO ORDERED.

Dated:    **March 2, 2012**                         **/s/ Lawrence J. O'Neill**
                                                                            UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to its practice, this Court will consider summary judgment on the record without a hearing, unless this Court orders otherwise.