IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY,<br><br>            Plaintiff,<br>   vs.<br>AMERICAN DAIRY FOOD CONSULTING LABORATORIES, INC.<br><br>            Defendant.<br>_____/<br><br>AND RELATED COUNTER ACTION.<br>_____/ | CASE NO. CV F 09-0914 LJO SKO<br><br>**ORDER ON HARTFORD'S EX PARTE MOTION TO SUPPLEMENT SUMMARY JUDGMENT RECORD**<br>(Doc. 145.) |

This Court GRANTS plaintiff's ex parte motion to supplement the summary judgment record in that the supplemental evidence is limited and originates with defendant's expert. This Court has reviewed plaintiff's originally filed papers and limits its review of supplemental materials to only the new matters.

IT IS SO ORDERED.

**Dated:    April 3, 2012**                                /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE

1