IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>   vs.<br><br>AMERICAN DAIRY FOOD CONSULTING LABORATORIES, INC.<br><br>          Defendant.<br>_____/<br><br>AND RELATED COUNTER ACTION.<br>_____/ | CASE NO. CV F 09-0914 LJO SKO<br><br>**ORDER ON DEFENDANT'S EXCEEDING PAGE LIMITES**<br><br>(Doc. 147.) |

      Defendant/counterclaimant American Dairy and Food Consulting Laboratories, Inc. ("American Dairy") filed a memorandum of points and authorities which far exceeds this Court's standing order on page limits. The standing order does not appear on the docket because this case was reassigned from retired U.S. District Judge Oliver W. Wanger to U.S. District Judge Lawrence J. O'Neill. Nonetheless, plaintiff/counterdefendant Hartford Casualty Insurance Company ("Hartford") was aware of the page limits and obtained leave to file a memorandum of points and authorities in excess of page limits.

      This Court considered to strike American Dairy's memorandum of points and authorities.

1  However, given the absence of the standing order on the docket, this Court will overlook American
2  Dairy's disobedience of the page limits this one time.
3      In addition, this Court GRANTS Hartford up to 15 pages for its reply points and authorities. This
4  Court FURTHER ORDERS the parties to provide this Court with courtesy copies of all summary
5  judgment papers, if they have not done so already.
6      IT IS SO ORDERED.
7  **Dated:   April 17, 2012**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE