1

2

3

4

5

6

7

8           **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11

12  HARTFORD CASUALTY                           CASE NO. CV F 09-0914 LJO SKO
    INSURANCE COMPANY,
                                                **ORDER ON DEFENDANT'S EXCEEDING**
13                     Plaintiff,               **PAGE LIMITES**

14         vs.                                  (Doc. 147.)

15  AMERICAN DAIRY FOOD
    CONSULTING LABORATORIES,
    INC.
16
                       Defendant.
17
    _____/
18

19  AND RELATED COUNTER ACTION.

20  _____/

21

22          Defendant/counterclaimant American Dairy and Food Consulting Laboratories, Inc. ("American

23  Dairy") filed a memorandum of points and authorities which far exceeds this Court's standing order on

24  page limits.  The standing order does not appear on the docket because this case was reassigned from

25  retired U.S. District Judge Oliver W. Wanger to U.S. District Judge Lawrence J. O'Neill.  Nonetheless,

26  plaintiff/counterdefendant Hartford Casualty Insurance Company ("Hartford") was aware of the page

27  limits and obtained leave to file a memorandum of points and authorities in excess of page limits.

28          This Court considered to strike American Dairy's memorandum of points and authorities.

1

1  However, given the absence of the standing order on the docket, this Court will overlook American

2  Dairy's disobedience of the page limits this one time.

3        In addition, this Court GRANTS Hartford up to 15 pages for its reply points and authorities.  This

4  Court FURTHER ORDERS the parties to provide this Court with courtesy copies of all summary

5  judgment papers, if they have not done so already.

6        IT IS SO ORDERED.

7  **Dated:    April 17, 2012**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28