James H. Wilkins, #116364     (SPACE BELOW FOR FILING STAMP ONLY)
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

Attorneys for Defendant and Counter-Claimant,
AMERICAN DAIRY & FOOD CONSULTING
LABORATORIES, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>AMERICAN DAIRY AND FOOD CONSULTING LABORATORIES, INC., and Does 1 through , inclusive.<br><br>  Defendants.<br>_____<br>AMERICAN DAIRY & FOOD CONSULTING LABORATORIES, INC.,<br><br>  Counter-Claimant,<br><br>  v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>  Counter-Defendant. | Case Number  1:09-cv-00914-OWW-DLB<br><br>ORDER GRANTING DEFENDANT AND COUNTER-CLAIMANT'S REQUEST TO SEAL DOCUMENTS DESIGNATED AS CONFIDENTIAL DELIVERED TO THE COURT IN CONNECTION WITH ITS OPPOSITION TO HARTFORD'S MOTION FOR SUMMARY JUDGMENT |

1  At the request of Defendant and Counter-Claimant, AMERICAN DAIRY & FOOD CONSULTING LABORATORIES, INC. ("American Dairy") and having considered all the evidence and legal authorities set forth in the papers submitted, the Court finds that the request should be granted.

IT IS ORDERED that American Dairy's Request to Seal Documents Designated as Confidential Delivered to the Court in Connection with its Opposition to Hartford's Motion for Summary Judgment, is granted.

IT IS SO ORDERED.

Dated:   April 18, 2012            /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE