IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY,<br><br>    vs.<br><br>AMERICAN DAIRY FOOD CONSULTING LABORATORIES, INC.<br><br>    Defendant.<br>_____/<br><br>AND RELATED COUNTER ACTION.<br>_____/ | CASE NO. CV F 09-0914 LJO SKO<br><br>**ORDER REGARDING ERRATA DOCUMENTS AND REPLY BRIEFING**<br>(Doc. 145.) |

This Court has reviewed the parties' voluminous summary judgment moving and opposition papers. This Court will not review Hartford's errata documents given this Court's devotion of inordinate time to review the parties' verbose, tedious papers and Hartfords' inexplicable failure to properly file papers.

This Court LIMITS Hartford's reply points and authorities to 15 pages and DIRECTS Hartford to focus on issues of Hartford's potential liability arising from Jay Helzer's conduct and imputing Helzer's knowledge to Hartford.

IT IS SO ORDERED.

**Dated:    April 25, 2012**                              /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE