1

2

3

4

5                        UNITED STATES DISTRICT COURT

6                        EASTERN DISTRICT OF CALIFORNIA

7

8   HARTFORD CASUALTY                          CASE NO. CV F 09-0914 LJO SKO
    INSURANCE COMPANY,
9
                      Plaintiff,              **ORDER AFTER SETTLEMENT**
10        vs.                                  (Doc. 180.)

11  AMERICAN DAIRY & FOOD
    CONSULTING LABORATORIES,
12  INC.,

13                    Defendant.
    _____/
14

15        Plaintiff's counsel notified this Court that settlement has been reached among all parties.

16  Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than June 22, 2012,**

17  to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why

18  the action has not been dismissed.

19        This Court VACATES all pending matters and dates, including the June 6, 2012 pretrial

20  conference and the July 24, 2012 trial.  This Court will take no further action on Hartford's summary

21  judgment motion, except as necessary.

22        Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

23  parties who contributed to violation of this order.  *See* Local Rules160 and 272.  This Court

24  ADMONISHES the parties and counsel that they are expected to obey the Federal Rules of Civil

25  Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems

26  appropriate.

27        IT IS SO ORDERED.

28  **Dated:    May 24, 2012                          /s/ Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE