DEAN B. HERMAN (SBN 076752)
R. JOSEPH DECKER (SBN 081795)
MENDES & MOUNT, LLP
601 South Figueroa Street, Suite 4676
Los Angeles, California 90017-5704
Tel: (213) 955-7700
Fax: (213) 955-7725
E-mail: dean.herman@mendes.com
         joseph.decker@mendes.com

Attorney for Plaintiff and Counterdefendant,
HARTFORD CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# AT FRESNO

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>     vs.<br><br>AMERICAN DAIRY AND FOOD CONSULTING LABORATORIES, INC., and DOES 1 through 10, inclusive,<br><br>           Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. 1:09-cv-00914-LJO-SKO<br><br>**STIPULATION OF DISMISSAL OF ALL CLAIMS AND ORDER OF DISMISSAL BASED THEREON** |

   Pursuant to Rule 41(a)(1)A)(i) of the Federal Rules of Civil Procedure, Plaintiff Hartford Casualty Insurance Company hereby voluntarily dismisses its Complaint with prejudice, and Counterclaimant American Dairy and Food Consulting Laboratories, Inc. hereby voluntarily dismisses its Counter-Claim with prejudice.  Each party to bear its own costs and attorneys' fees.

| | | |
|---|---|---|
| 1 | Dated:  May 25, 2012 | MENDES & MOUNT, LLP |
| 2 | | By:   /s/ Dean B. Herman                         |
| 3 | | DEAN B. HERMAN<br>R. JOSEPH DECKER |
| 4 | | Attorneys for Plaintiff and Counterdefendant<br>HARTFORD CASUALTY INSURANCE COMPANY |
| 6 | Dated: May 25, 2012 | WILKINS, DROLSHAGEN & CZESHINSKI LLP |
| 7 | | By:    /s/ James H. Wilkins                          |
| 8 | | JAMES H. WILKINS<br>QUENTIN CEDAR |
| 9-10 | | Attorneys for Defendant and Counterclaimant<br>AMERICAN DAIRY AND FOOD CONSULTING LABORATORIES, INC. |

**THIS ENTIRE ACTION IS HEREBY ORDERED DISMISSED WITH PREJUDICE.**

**The clerk is directed to close this action.**

IT IS SO ORDERED.

Dated:   **May 25, 2012**                              **/s/ Lawrence J. O'Neill**
                                                                      UNITED STATES DISTRICT JUDGE